**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v. CASE NO: 8:26-cr-16-CEH-LSG

DIANA LYNN JOHNSON and
ROGER CHRISOPHER JOHNSON
_________________________________/

**ORDER**

This matter comes before the Court on parties' Joint Motion for Clarification of Order (Doc. 54). On September 10, 2026, the Court entered an Order appointing Dr. Jean Andrews to conduct linguistic competency evaluations of Defendants Diana Lynn Johnson and Roger Christopher Johnson (Doc. 53). Pursuant to 18 U.S.C. § 4241, the Court found reason to believe that Defendants may not be able to understand the nature and consequences of the proceedings against them or to properly assist in their respective defenses. Dr. Andrews informed the parties that while she is proficient in American Sign Language ("ASL"), she will need the assistance of an ASL interpreter and a Certified Deaf interpreter to successfully conduct the evaluations of Defendants. Parties now ask the Court for clarification as to which party is responsible for these interpreters' fees.

The Guide to Judiciary Policy provides that the Department of Justice is responsible for the costs of an examination to determine a defendant's mental competency to stand trial under 18 U.S.C. § 4241, regardless of which party requests the examination. Guide to Judiciary Policy, Vol. 7A, Ch. 3, § 320.20.60(a)(1). The

Motion for Clarification is granted to clarify that the statement for the interpreters' services shall be sent to the Office of the United States Attorney, 400 North Tampa Street, Suite 3200, Tampa, FL 33602.

**DONE AND ORDERED** in Tampa, Florida on October 7, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any